S/I

FILED

Name: Dr. Lue Qiong CUI
Address: 201 Junipero Serra Dr. Apt C,
San Gabriel, CA, 91776
Phone: 626 739 8111
Fax: emperor@eclipso.eu

In Pro Per

2017 MAR 20 PM 3:45

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

ORIGINAL

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Dr. Lue Qiong CUI
                          Plaintiff
              v.
George Cheng Luong LIN; JiaEn CHEN;
Xiao Bing CHEN; Xiao Xiang CHEN;
Ai Qin YANG
                          Defendant(s).

CASE NUMBER:
LA CV17 02164-R-PLAx

Complaint.

(Enter document title in the space provided above)

As Attachment.

PAID
MAR 20 2017
Clerk, US District Court
COURT 4612

Page Number

CV-127 (09/09)   PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

*Page Number*

CV-127 (09/09)  PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

# Statement

## Civil parts

As our citizen's responsibility for protecting our justice system, I here to sue that serious criminal family with their fraud immigration application case (current process step is from TR to PR) and their criminal offender as below details:

**Suspects family member details:**

1. JiaEn CHEN (Father)

SSN: 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

Date of Birth: Feb/06/1966

2. Mr George Cheng Luong LIN (Brother)

Social Security Number: 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

Previous school: Sammamish High school

DOB: Feb/24/1997

3. Ms XiaoBing CHEN (Old sister)

Date of Birth: May/07/1991

Nationality: Chinese

Diploma of Business administration in Bellevue College

4. XiaoXiang CHEN (Sister)

Date of Birth: Aug/12/1996

SSN: 041--67-5948

Previous school: Sammamish High school

5. Ms AiQin YANG (Mother)

Date of Birth: Jun/18/1971

SSN: 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

**In reaching the criminal immigration via several Factual Allegations Elements of action which are including:**

1. Fraud EB5 Immigration base on criminal ID thief and more which has been identified by Canada Immigration Department via JiaEn CHEN's sister whose name is Bi Rong CHEN(Date of Birth: 06/19/1978)'s fraud immigration in both of Canada and US:

    My EB5 fund has been change to Jia EN CHEN's name by XiaoBing CHEN's hands for her familys' EB5 immigration which is criminal offence:

    - I had listed that my processed procedures for EB5 as below:

    i. I had handover $2,000,000.00 to XiaoBing CHEN for my EB5 immigration PR application which means US Green Card (Will link the case to the immigration court);

    ii. I had handover $500,000.00 to JiaEn Chen via XiaoBing CHEN for my EB5 but not use for her familys' (Will link that case to the immigration department).

2. Citizenship thief from George Cheng Luong LIN by HeDong CHEN who is act to be George by HeDong CHEN's family members' "murder" action after Mr George LIN's "unnatural death" by CHEN's family members hands:

    George LIN's identity and citizenship has been used continually by HeDong CHEN who always impersonation Mr George LIN which is criminal offence...

**Court order Claim:**

1. Criminal citizenship thief part:
    I. Request that criminal family members to recall and provide those processed immigration documentations and recorded evidence for identifying that criminal guy (HeDong CHEN) ;
    II. Order Ms Qi Ping LIN and Ms Wu LIN who are Mr George LIN's real parents to attend the judgement day at our court;
    III. Order HeDong CHEN's father JiaEn CHEN and other family members to attend the judgement day at our court;
    IV. Declaration that George LIN is died already and withdraws HeDong CHEN's fraud citizenship to avoid uses George LIN's identity and citizenship continually.
2. Fraud EB5 immigration part:
    i. Withdraw that their immigration PR Green card once our court complete the procedure base on investigation evidence which provide by me;
    ii. Recovery that my PR identity via EB5 immigration program by HeDong CHEN's family members' fraud and thief action.

Grant such other and further relief as this Court may determine to be just, equitable, and necessary-

- Link to related civil offence and criminal judgement plus punishment and compensation;
- Prison;
- Others costs from my side this time-
    ✓ Charge for loss of working time ($80,000/Per Year since Dec 2014);
    ✓ Study delay compensates ($50,000/P);

- ✓ Claim period costs daily since 10/28/2016 ($150 accommodation + $50 transportation + $50 food + $...);
- ✓ Court fee;
- ✓ $5000 flies tickets;
- ✓ More...

**Direct Evidence:**

George Cheng Luong LIN's DNA official report from our government to compare between his legal / original parents and JiaEn CHEN & his wife – AiQin YANG;

**Others:**

### *Xiao Bing CHEN was the representative of Comprehensive Care of Oakland for defrauding money from other investors.*

JiaEn CHEN's EB5 immigration business Partner:

COMPREHENSIVE CARE OF OAKLAND, L.P.

- 409 13Th St STE 888, Oakland CA 94612

*Related Fraud Immigration Case 3:17-cv-00223 Document 1 Filed 01/17/17 by Plaintiff as below:*

SECURITIES AND EXCHANGE COMMISSION of USA

44 Montgomery Street, Suite 2800, San Francisco, CA 94104

Note: I am standing with our court and department side to assist our officer with necessary supportable evidence for that law procedures of crime cases with life protect if need by our court and Government department even there is limited resource by personal loan to keep my living support for processing with related departments currently.

> ➢ For saving our government resource and time, I would really appreciate if you can withdraw their criminal immigration PR and citizenship even that were not their first criminal offence case for stopping further crime and save my life timely from their fraud paperwork and criminal actions which were processed though some "Qualified" attorney plus the criminal guys (HeDong CHEN) who were impersonation George LIN and my signature as well, please;

> ➢ For showing my good character and forgiveness plus showing mercy under god, I would like consider giving them a chance if they can admit their guilt for a light sentence to us even that are historic and top criminal case since US nation has been created;

> ➢ For protecting US Justice under the law and maintenance US national interest plus country's reputation internationally, I would really appreciate if you could issue an protect order for saving my life and honour reputation as well for make more contribution socially _**before assist our judge with more directly evidence for that case in further if**_, please. According that our court regulation of instruction, I believe that statement with part of documentation and evidence will satisfied to carry out that crime immigration base on my loyalty and sacrifice for an honour.

I just note that I had been educated by my parents with the traditional Mohism since my childhood which means justice value always is priority as a witness for justice. As a precise Doctor who prefers everything to be perfect in any system and won't broke it forever with promised word; as the precise justice and freedom protector, personal credit record and reputation plus loyalty are my life due to I always want to be best of best person with great honour via contribution for the best file record. In god, I trust! My actions are showing I am the best Christian who always wants to make more contribution and refused to shield any civil and criminal devil because of honours is my life in my logicality.

Anyway, for saving our court time and resource, please detect their current address due to that family is already run to other state for hiding that debt and other multiple crime truth which are I refused to shield after I detected(Will link that crime cases to ICE,CBP, FBI and federal government attorney plus federal crime court).

...To be continued if you need more info or docs...*_*

Thank you in advance for your time, I am looking forward to receiving that documentation for protecting my life to assist our judge with more key information and witness person or main evidence continually.

Respectfully

Dr. Lue Qiong CUI

Emperor@eclipso.eu

201 Junipero SerraDr, Apt C

San Gabriel 91776 CA

626 739 8111

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

---

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE I526 IMMIGRANT PETITION BY ALIEN ENTREPRENEUR |
|---|---|---|
| WAC-12-900-94### | | |
| RECEIPT DATE | PRIORITY DATE | APPLICANT |
| December 1, 2011 | November 30, 2011 | XIA,  |
| NOTICE DATE | PAGE | |
| April 17, 2012 | 1 of 1 | |
| MARTIN J LAWLER<br>50 FRANCISCO ST STE 118<br>SAN FRANCISCO CA 94133 | | Notice Type: Approval Notice<br>Section: Investor - Target employment area,<br>203(b)(5)(C)(ii) INA |

The above petition has been approved.

We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action and also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

Please read the back of this form carefully for more information.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.ombudsman.sba.gov or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application/petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify the information submitted in this application, petition and/or supporting documentation to ensure conformity with applicable laws, rules, regulations, and other authorities. Methods used for verifying information may include, but are not limited to, the review of public information and records, contact by correspondence, the internet, or telephone, and site inspections of businesses and residences. Information obtained during the course of verification will be used to determine whether revocation, rescission, and/or removal proceedings are appropriate. Applicants, petitioners, and representatives of record will be provided an opportunity to address derogatory information before any formal proceeding is initiated.

---

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL   CA   92607-0111
Customer Service Telephone: (800) 375-5283

Form I-797 (Rev. 01/31/05) N

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I. (a) PLAINTIFFS** (Check box if you are representing yourself ☒)

Dr. Lue Qiong CUI

**DEFENDANTS** (Check box if you are representing yourself ☐)

George Cheng Luong LIN; JiaEn CHEN; Xiao Bing CHEN; Xiao Xiang CHEN; Ai Qin YANG

**(b) County of Residence of First Listed Plaintiff:** LA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**County of Residence of First Listed Defendant:** _____
*(IN U.S. PLAINTIFF CASES ONLY)*

**(c) Attorneys** (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information.

Dr. Lue Qiong CUI

**Attorneys** (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information.

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☒ 1. U.S. Government Plaintiff
- ☐ 2. U.S. Government Defendant
- ☐ 3. Federal Question (U.S. Government Not a Party)
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☒ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☒ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☒ 1. Original Proceeding
- ☐ 2. Removed from State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred from Another District (Specify)
- ☐ 6. Multidistrict Litigation - Transfer
- ☐ 8. Multidistrict Litigation - Direct File

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☒ Yes ☐ No    **MONEY DEMANDED IN COMPLAINT:** $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 376 Qui Tam (31 USC 3729(a)) | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☒ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 400 State Reapportionment | ☐ 130 Miller Act | ☐ 290 All Other Real Property | **TORTS PERSONAL PROPERTY** | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 410 Antitrust | ☐ 140 Negotiable Instrument | **TORTS PERSONAL INJURY** | ☐ 370 Other Fraud | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 430 Banks and Banking | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 310 Airplane | ☐ 371 Truth in Lending | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 380 Other Personal Property Damage | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 460 Deportation | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 330 Fed. Employers' Liability | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 480 Consumer Credit | ☐ 160 Stockholders' Suits | ☐ 340 Marine | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 490 Cable/Sat TV | ☐ 190 Other Contract | ☐ 345 Marine Product Liability | ☐ 423 Withdrawal 28 USC 157 | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 850 Securities/Commodities/Exchange | ☐ 195 Contract Product Liability | ☐ 350 Motor Vehicle | **CIVIL RIGHTS** | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 890 Other Statutory Actions | ☐ 196 Franchise | ☐ 355 Motor Vehicle Product Liability | ☐ 440 Other Civil Rights | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 891 Agricultural Acts | **REAL PROPERTY** | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 690 Other | |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 362 Personal Injury-Med Malpratice | ☐ 442 Employment | **LABOR** | |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | ☐ 710 Fair Labor Standards Act | |
| ☐ 896 Arbitration | ☐ 230 Rent Lease & Ejectment | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 446 American with Disabilities-Other | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | | | ☐ 448 Education | ☐ 751 Family and Medical Leave Act | |
| | | | | ☐ 790 Other Labor Litigation | |
| | | | | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:** Case Number: LA CV17 02164-R-PLAx

CV-71 (07/16)    CIVIL COVER SHEET    Page 1 of 3

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A: Was this case removed from state court?<br>☐ Yes ☒ No<br>If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| | ☒ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| QUESTION B: Is the United States, or one of its agencies or employees, a PLAINTIFF in this action?<br>☐ Yes ☒ No<br>If "no," skip to Question C. If "yes," answer Question B.1, at right. | B.1. Do 50% or more of the defendants who reside in the district reside in Orange Co.?<br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| | | ☐ NO. Continue to Question B.2. |
| | B.2. Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C: Is the United States, or one of its agencies or employees, a DEFENDANT in this action?<br>☐ Yes ☒ No<br>If "no," skip to Question D. If "yes," answer Question C.1, at right. | C.1. Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?<br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| | | ☐ NO. Continue to Question C.2. |
| | C.2. Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D: Location of plaintiffs and defendants? | A.<br>Orange County | B.<br>Riverside or San Bernardino County | C.<br>Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |

| D.1. Is there at least one answer in Column A?<br>☐ Yes ☒ No<br>If "yes," your case will initially be assigned to the<br>SOUTHERN DIVISION.<br>Enter "Southern" in response to Question E, below, and continue from there.<br>If "no," go to question D2 to the right. ➡ | D.2. Is there at least one answer in Column B?<br>☐ Yes ☒ No<br>If "yes," your case will initially be assigned to the<br>EASTERN DIVISION.<br>Enter "Eastern" in response to Question E, below.<br>If "no," your case will be assigned to the WESTERN DIVISION.<br>Enter "Western" in response to Question E, below. ⬇ |
|---|---|

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➡ | Western. |

| QUESTION F: Northern Counties? | | |
|---|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | ☐ Yes | ☒ No |

CV-71 (07/16)            CIVIL COVER SHEET            Page 2 of 3

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**IX(a). IDENTICAL CASES**: Has this action been previously filed **in this court**?  ☒ NO  ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES**: Is this case related (as defined below) to any civil or criminal case(s) previously filed **in this court**?  ☒ NO  ☐ YES

If yes, list case number(s): _____

**Civil cases** are related when they (check all that apply):

☒ A. Arise from the same or a closely related transaction, happening, or event;

☒ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☒ C. For other reasons would entail substantial duplication of labor if heard by different judges.

Note: That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**A civil forfeiture case and a criminal case** are related when they (check all that apply):

☒ A. Arise from the same or a closely related transaction, happening, or event;

☒ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☒ C. Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _Dr. Lue Qiong CUI_   DATE: _03/16/2017_

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
| --- | --- | --- |
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |